IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EDWIN CONWAY and THELMA CONWAY,

    Plaintiffs,

vs.                                                                    Civil Action No. 04-2557-Ma/V

ALLSTATE INSURANCE COMPANY,
ED LIDDY, Individually & Official Capacity,
RONALD CORBIN, Individually & Official Capacity,
JERRY TOLBERT, Individually & Official Capacity,
WILL TIMMONS, Individually & Official Capacity,
DONALD GARNER, Individually & Official Capacity,
TED GREGORY, Individually & Official Capacity,

    Defendants.

## ORDER ON MOTION TO AMEND COMPLAINT

For good cause shown, the Plaintiffs' Motion to Amend Complaint is granted. It is hereby Ordered, Adjudged and decreed that Plaintiffs are hereby granted leave to amend their Complaint in the above-styled cause. *The plaintiff shall file the amended complaint within 10 days of the date of entry of this order & serve copies on the defendants.*

BE IT SO ORDERED, this 25th day of June, 2005.

_Diane K. Vescovo_
~~United States District Judge~~
United States Magistrate Judge



This document entered on the docket sheet in compliance 6/29/05 with Rule 58 and/or 79...

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02557 was distributed by fax, mail, or direct printing on June 29, 2005 to the parties listed.

---

Thelma Conway
1253 East Parkway South
Memphis, TN 38114

Edwin Conway
1253 East Parkway South
Memphis, TN 38114

Michael P. Mills
MILLS & COOPER
P.O. Box 24969
Nashville, TN 37202--496

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT