IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 4:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EDWIN CONWAY AND THELMA CONWAY,

    Plaintiffs,

VS.                                      NO. 04-2557-MaV

ALLSTATE INSURANCE CO., ET AL.,

    Defendants.

## ORDER DENYING MOTIONS TO APPEAR *PRO HAC VICE*

    Before the court are two motions filed on December 30, 2004, for admission *pro hac vice* of Michael P. Mills. The second motion (Docket Entry No. 6) appears to be a duplication. Mr Mills has not affirmed that he has obtained and is familiar with the local rules of this court, including the Guidelines of Professional Courtesy and Conduct, as required under Local Rule 83.1. The motions are therefore denied. Mr. Mills may resubmit his motion after he has complied with the local rules.

    It is so ORDERED this 9th day of September, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-12-05

18

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02557 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Thelma Conway
1253 East Parkway South
Memphis, TN 38114

Edwin Conway
1253 East Parkway South
Memphis, TN 38114

Michael P. Mills
MILLS & COOPER
P.O. Box 24969
Nashville, TN 37202--496

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT