IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 17 PM 3: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EDWIN CONWAY AND THELMA CONWAY,

    Plaintiffs,

VS.                                             NO. 04-2557-MaV

ALLSTATE INSURANCE CO., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the October 3, 2005, motion for admission *pro hac vice* of Michael P. Mills.  Mr. Mills is a member in good standing of the bar of the state of Tennessee and is admitted to practice before the United States District Court for the Middle District of Tennessee.  Mr. Mills has obtained and is familiar with the local rules and professional guidelines of this court.  For good cause shown, the motion is granted and Michael P. Mills is admitted to participate in this action as counsel for defendants.

It is so ORDERED this 17th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _10-20-05_

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02557 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

Michael P. Mills
MILLS & COOPER
P.O. Box 24969
Nashville, TN 37202--496

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Edwin Conway
1253 East Parkway South
Memphis, TN 38114

Thelma Conway
1253 East Parkway South
Memphis, TN 38114

Honorable Samuel Mays
US DISTRICT COURT