FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

05 DEC 29 PM 4: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
   W/D OF TN MEMPHIS

| | |
|---|---|
| EDWIN CONWAY and THELMA CONWAY, ) | |
| ) | |
| Plaintiffs, ) | DOCKET NO.: 04-2557-Ma V |
| ) | JUDGE HAYES |
| vs. ) | MAGISTRATE JUDGE |
| ) | VESCOVO |
| ALLSTATE INSURANCE COMPANY, ) | |
| ED LIDDY, Individually & Official Capacity, ) | |
| RONALD CORBIN, Individually & Official ) | |
| Capacity, JERRY TOLBERT, Individually & ) | |
| Official Capacity, WILL TIMMONS, ) | |
| Individually & Official Capacity, ) | |
| DONALD GARNER, Individually & Official ) | |
| Capacity, TED GREGORY, Individually & ) | |
| Official Capacity, ) | |
| ) | |
| Defendants. ) | |

## ORDER EXTENDING DISCOVERY DEADLINE

The parties having submitted a Joint Motion to extend the discovery cutoff deadline to and including February 28, 2006, and this Court finding the Motion to be well taken;

It is, therefore, ORDERED that the discovery deadline is extended to, and including, February 28, 2006. This does not affect or extend any other deadline or cutoff dates contained in the previous scheduling Order.

_____
MAGISTRATE DIANE K. VESCOVO
United States District Court Judge

December 28, 2005

This document entered on the docket sheet in compliance with
12-30-05

APPROVED FOR ENTRY:

_____
VENITA MARIE MARTIN, BPR #17469
Attorney for Plaintiffs
Glankler Brown, PLLC
Seventeenth Floor
One Commerce Square
Memphis, TN 38103
901-576-1731

_____ by MM
MICHAEL P. MILLS, BPR #10551
Attorney for Defendant
MILLS & COOPER
P.O. Box 24969
Nashville, TN 37202-4969
615-221-8218

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02557 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Thelma Conway
1253 East Parkway South
Memphis, TN 38114

Edwin Conway
1253 East Parkway South
Memphis, TN 38114

Michael P. Mills
MILLS & COOPER
5042 Thoroughbred Lane
Nashville, TN 37027

Honorable Samuel Mays
US DISTRICT COURT